No. 81. MIDDLE WEST CONSTRUCTION, INC. *v.* METRO-POLITAN DISTRICT. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. George H. Cohen* for petitioner. *Mr. W. Arthur Countryman, Jr.* for respondent. ■

No. 82. PARKER *v.* UNITED STATES ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Richard Wait* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Messrs. Kenneth L. Kimble* and *John S. L. Yost* for respondents. ■

No. 89. JACKSONVILLE PAPER Co. *v.* UNITED STATES. October 11, 1943. Petition for writ of certiorari to the United States Court of Customs & Patent Appeals denied. *Messrs. Louis Kurz* and *Thos. B. Adams* for petitioner. *Solicitor General Fahy, Assistant Attorney General Rao,* and *Messrs. John R. Benney* and *Robert L. Stern* for the United States. ■

No. 90. TRUST COMPANY OF CHICAGO, ADMINISTRATOR, ET AL. *v.* CHICAGO ET AL. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Illinois denied. *Messrs. Weightstill Woods* and *Horace Russell* for petitioners. *Messrs. Barnet Hodes* and *J. Herzl Segal* for respondents.

No. 93. McCOLGAN, FRANCHISE TAX COMMISSIONER, *v.* MAIER BREWING Co. ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for